THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BLOCKSOM & Co., Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of subdivision 1 of section 385 of the General Business Law (failure to affix tags to material

intended to be used to fill articles of bedding), unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Adel, Lewis and Aldrich, JJ.